# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

David G. Velde, as Trustee of the
Daniel S. Miller Bankruptcy Estate,

          Plaintiff,

   vs.

Mike Bienek Farms,

          Defendant.                  Civ. No. 06-2298 (RHK/RLE)

## ORDER FOR DISMISSAL

Based upon the Stipulation of Dismissal (Docket No. 6),

**IT IS ORDERED** that the above-entitled action is hereby **DISMISSED WITH**

**PREJUDICE** and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated :  February 15, 2007

                                  s/Richard H. Kyle
                                  RICHARD H. KYLE
                                  United States District Judge